THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:18-cr-00062-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| LUIS FRANCISCO CAMACHO, JR., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the Defendant's Unopposed Motion for Early Termination of Supervised Release. [Doc. 31]. The Defendant's supervising probation officer and counsel for the Government do not oppose the Defendant's request.

Upon review of the Defendant's motion, the Court is satisfied that the early termination of the Defendant's supervised release is warranted by the Defendant's conduct and is in the interest of justice. See 18 U.S.C. § 3583(e)(1).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Unopposed Motion for Early Termination of Supervised Release [Doc. 31] is

**GRANTED**, and the Defendant's term of supervised release is hereby terminated.

The Clerk of Court is respectfully directed to provide a copy of this Order to counsel for the Defendant, counsel for the Government, and the United States Probation Office.

**IT IS SO ORDERED.** Signed: February 4, 2022

Martin Reidinger
Chief United States District Judge

2

Case 1:18-cr-00062-MR-DLH   Document 32   Filed 02/04/22   Page 2 of 2